UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CAUSE NO. 3:09-CR-155(01) RM |
| | ) |
| GREGORY BROWN | ) |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 8, 2010 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Gregory Brown's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:  March 2, 2010 

  /s/ Robert L. Miller, Jr.  
Judge
United States District Court